# KHAVINSON & MANDRONICO, P.C.

45 Broadway, Suite 720<br>
New York, NY 10006<br>
Telephone: 212.785.5000<br>
Facsimile: 347.983.6992<br>
www.khavinsonlawfirm.com

**Eugene A. Khavinson***  
**Timothy R. Mandronico**  
**Joshua Versoza**  
**Michael Biniakewitz**  
**Christian Coppinger**  
**Tatiana Aristova****

**Pennsylvania Office**  
5 Neshaminy Interplex, Suite 205  
Feasterville, PA 19053  

T: 215.355.9095  
F: 215.355.9109  

*Also Admitted in PA  
** Admitted in PA and NJ

April 4, 2025

<u>Via Pacer</u>  
Hon. Ronnie Abrams  
US District Court  
Southern District of New York  

      RE:      Malik Banks v. United States Postal Service

Docket No.: 1:25-cv-00925

Dear Judge Abrams,

    I am writing on behalf of Khavinson & Mandronico for the Plaintiff, Malik Banks. Plaintiff requests for an adjournment of the April 11, 2025 conference. The summons for this matter was issued on March 20, 2025, to which this matter was promptly submitted to a process server to effectuate service upon the Defendant.

    At this time, Defendant has not yet submitted an answer. Confirmation of successful service unto the Defendant is also pending. As such, the undersigned believes that an adjournment to allow for service to be finalized, and for an answer to be filed, would be prudent.

    Thank you for Your Honor's courtesies.

Application granted. The conference scheduled for April 11, 2025 is hereby adjourned to May 16, 2025 at 12:30 p.m. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. The parties shall submit a joint letter and case management plan and scheduling order by May 9, 2025.

Very truly yours,

*Joshua Versoza*  
Joshua Versoza, Esq.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
April 7, 2025