UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIK BANKS, <br><br>         Plaintiff, <br><br>   v. <br><br> UNITED STATES POSTAL SERVICE, <br><br>         Defendant. | No. 25-CV-925 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

  As agreed at today's conference, Plaintiff's application for a referral to mediation is denied without prejudice. Plaintiff shall file his opposition to the motion to dismiss no later than July 31, 2025. Defendant's reply, if any, shall be filed no later than August 21, 2025.

SO ORDERED.

Dated:  June 26, 2025
      New York, New York

                     Ronnie Abrams
                     United States District Judge