**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MALIK BANKS,

                             Plaintiff,

          -against-

                                        25 **CIVIL** 00925 (RA)

                                                 **JUDGMENT**

UNITED STATES POSTAL SERVICE.,

                         Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 30, 202, the Court concludes that substitution of the United States as Defendant is appropriate. The Court further concludes that dismissal is warranted pursuant to Rule 12(b)(6). "Where the complaint clearly shows the claim is out of time, it should be dismissed with prejudice." Network Apps, LLC v. AT&T Mobility LLC, 778 F. Supp. 3d 610, 625 (S.D.N.Y. 2025). Therefore, the Court grants the motion, and the Complaint is dismissed with prejudice.; accordingly, the case is closed.

**Dated:** New York, New York

      April 8, 2026

                                          **TAMMI M. HELLWIG**

                                      _____
                                          **Clerk of Court**

                        **BY:**

                                          _____
                                          **Deputy Clerk**